UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA BENY,

        Plaintiff,                           Case Number 22-12021

v.                                            Honorable David M. Lawson

UNIVERSITY OF MICHIGAN, MARK M. WEST,
and UNIVERSITY OF MICHIGAN LAW SCHOOL,

        Defendants.
_____/

### ORDER TOLLING CLAIMS RELATED TO EEOC CHARGE

Based on the stipulation of the parties (ECF No. 58),

It is **ORDERED** that the 90-day deadline for the plaintiff to file claims related to her January 19, 2023 EEOC charge is **TOLLED** from May 24, 2023 to June 21, 2023.

                                                      s/David M. Lawson
                                                      DAVID M. LAWSON
                                                      United States District Judge

Dated:  May 11, 2023