UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA BENY,

        Plaintiff,                              Case Number 22-12021

v.                                             Honorable David M. Lawson

UNIVERSITY OF MICHIGAN, MARK M. WEST,
and UNIVERSITY OF MICHIGAN LAW SCHOOL,

        Defendants.
_____/

## ORDER TOLLING CLAIMS RELATED TO EEOC CHARGE

Based on the stipulation of the parties (ECF No. 60),

It is **ORDERED** that the 90-day deadline for the plaintiff to file claims related to her January 19, 2023 EEOC charge is **TOLLED** until seven days after the date on which the Court decides the defendants' motion to dismiss the first amended complaint.

                                                          s/David M. Lawson
                                                          DAVID M. LAWSON
                                                          United States District Judge

Dated:   June 20, 2023