# EXHIBIT 1

Professor Laura Beny v University of Michigan, et al
Case No. 2:22-cv-12021-DML-EAS

Plaintiff's Cross-Motion Requesting The Court Enter An Order
Permitting Plaintiff's Reliance On Expert Reports
Filed After July 7, 2023, But Before August 21, 2023

# EXHIBIT 1

| | |
|---|---|
| **From:** | Alice Jennings |
| **Sent:** | Saturday, August 19, 2023 1:43 PM |
| **To:** | Jack Williams; Matthew E. Papez; Brian M. Schwartz; Patrick M. Corley |
| **Subject:** | Beny v University of Michigan Regents and Dean Mark West: Plaintiff's Expert Report Dr. Richard Painter |
| **Attachments:** | image.pdf |

Jack, Matt, Brian and Patrick. Please find enclosed the expert report of Dr. Painter. Thank you, Alice

| | |
|---|---|
| **From:** | Alice Jennings |
| **Sent:** | Saturday, August 19, 2023 5:21 PM |
| **To:** | Jack Williams; Matthew E. Papez; Brian M. Schwartz; Patrick M. Corley |
| **Subject:** | Beny v University of Michigan Board of Regents and and Mark West: Plaintiff's Expert Report Barry Grant, CPA |
| **Attachments:** | Beny Report.pdf |

Jack, Matt, Brian and Patrick: Please find Plaintiff's expert report for Barry Grant, CPA. Please consider this documents and any and all expert reports submitted in this matter a Privileged Communication pursuant to the parties Protective Order. Thank you, Alice

1

**From:** Alice Jennings
**Sent:** Sunday, August 20, 2023 9:17 PM
**To:** Jack Williams; Matthew E. Papez; Brian M. Schwartz; Patrick M. Corley
**Subject:** Beny v University Board of Regents: Plaintiff's Expert Report Dr. Noelle K Clark
**Attachments:** scan0002.pdf

Jack, Matt, Brian and Patrick: Please find enclosed the Expert Report, and CV of Dr Karen Noelle Clark.
Thank you, Alice


Sent from my iPhone