UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA BENY,

                Plaintiff,                            Case Number 22-12021

v.                                             Honorable David M. Lawson

UNIVERSITY OF MICHIGAN BOARD OF
REGENTS and MARK M. WEST,

                Defendants.

_____/

## ORDER GRANTING LEAVE TO FILE EXCESS PAGES

This matter is before the Court on the parties' stipulation to exceed the page limits for the plaintiff's response to the defendants' motion for summary judgment (ECF No. 115).  The plaintiff seeks leave to file a 32-page response brief, and the defendants hope to file an 11-page reply.  The Court finds that the parties' request should be granted.

Accordingly, it is **ORDERED** that the plaintiff's contemporaneously filed response is deemed properly submitted.  The defendants' reply brief shall not exceed 11 pages in length.

                                       s/David M. Lawson
                                       DAVID M. LAWSON
                                       United States District Judge

Dated:   December 21, 2023