# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| PROFESSOR LAURA BENY,<br><br>        *Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF MICHIGAN BOARD OF REGENTS, and DEAN OF UNIVERSITY OF MICHIGAN LAW SCHOOL MARK D. WEST, (In His Individual/Personal Capacity),<br><br>        *Defendants.* | Case No. 2:22-cv-12021-DML-EAS<br><br>Hon. David M. Lawson,<br>United States District Judge<br><br>Hon. Elizabeth A. Stafford,<br>Magistrate Judge |

## NOTICE OF WITHDRAWAL AS COUNSEL

Ms. Krista Perry Heckmann hereby notices her intent to withdraw as counsel for Defendants in the above-captioned matter. Ms. Heckmann will be leaving Jones Day on July 15, 2025 in order to care for her daughter.

To the extent necessary after appeal, Defendants will continue to be represented by Amanda K. Rice, Andrew J. Clopton, Jack Williams, Jr., Matthew E. Papez, Patrick M. Corley, and Brian M. Schwartz.

Pursuant to Local Rule 83.25(b)(2), Ms. Heckmann respectfully requests that the Court grant permission for her to withdraw as counsel in this case.

Dated: July 11, 2025                               Respectfully submitted,

/s/ *Krista Perry Heckmann*
Krista Perry Heckmann
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939
kperryheckmann@jonesday.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, I caused the foregoing document to be filed with the Clerk of the Court using CM/ECF, which will effectuate service upon all counsel of record.

/s/ *Krista Perry Heckmann*
Krista Perry Heckmann
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939
kperryheckmann@jonesday.com

*Counsel for Defendants*